Eckels v. Pocorra, 208 Ill. App. 20.

of mandamus will not be granted where such action will not promote substantial justice.

---

## Pearl Eckels, Appellee, v. John Pocorra, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed October 11, 1917.

### Statement of the Case.

Action on the case by Pearl Eckels, plaintiff, against John Pocorra and James E. Gash, defendants, for malicious prosecution. From a judgment for plaintiff for $200, defendant Pocorra appeals.

SMITH & FRIEDMEYER, for appellant.

No appearance for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1787*—*when Appellate Court may either reverse judgment or consider case on merits.* Where an appellee files no brief or argument, the Appellate Court may either reverse the judgment pro forma under its rules or consider the case on the merits.

2. MALICIOUS PROSECUTION, § 58*—*when plaintiff has burden of proof.* In an action for malicious prosecution, the burden is on the plaintiff to show that defendant either caused his arrest for the offense charged or aided and abetted it in some way with malice and without probable cause.

3. MALICIOUS PROSECUTION, § 74*—*when evidence does not show malice or that defendant caused, aided or abetted arrest.* In an action for malicious prosecution, evidence *held* insufficient to show that defendant caused or aided and abetted in plaintiff's arrest, or that he acted maliciously and without probable cause in connection with such arrest, or had any motive for so acting.